IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
APR 22 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

EUGEN DESHANE MITCHELL,
SHAYLEEN MEUCHELL, *on their
own behalf and as next friend of* B.M.,

Plaintiffs,

vs.

FIRST CALL BAIL AND SURETY,
INC., ALLEGHENY CASUALTY
COMPANY, INTERNATIONAL
FIDELITY INSURANCE
COMPANY, THE MONTANA CIVIL
ASSISTANCE GROUP, MICHAEL
RATZBURG, VAN NESS BAKER,
and JASON HAACK,

Defendants.

CV 19-67-M-DLC

ORDER

Before the Court are Plaintiffs' Motions to Appear *Pro Hac Vice* of Toby J. Marshall, Blythe H. Chandler, and Andrea Rose Woods (Docs. 3; 4; 5). Plaintiffs state that Alex Rate will act as local counsel for Marshall, Chandler, and Woods. Defendants have not yet entered an appearance in this case so as to be heard on this issue. Regardless, leave to appear *pro hac vice* "is granted or denied solely at the

-1-

discretion of the presiding judge." L.R. 83.1(d)(4). After review, the Court finds that only Woods has submitted an affidavit that fully complies with this Court's Local Rule 83.1(d)(3). Pursuant to Local Rule 83.1(d)(3)(J), Marshall and Chandler must submit an affidavit stating their compliance with Montana Rule of Professional Conduct 8.5. Consequently,

IT IS ORDERED that Plaintiffs' Motions (Docs. 3; 4) are DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiffs' Motion (Doc. 5) is GRANTED on the condition that Woods shall do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs, and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court. Woods shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Woods shall file a pleading acknowledging her admission under the terms set forth above within fifteen days of this Order. Should Woods fails to do so, this Order is subject to withdrawal.

DATED this 22nd day of April, 2019.

                                                */s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court