IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| EUGEN DESHANE MITCHELL, SHAYLEEN MEUCHELL, *on their own behalf and as next friend of* B.M., <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST CALL BAIL AND SURETY, INC., ALLEGHENY CASUALTY COMPANY, INTERNATIONAL FIDELITY INSURANCE COMPANY, THE MONTANA CIVIL ASSISTANCE GROUP, MICHAEL RATZBURG, VAN NESS BAKER, and JASON HAACK, <br><br> Defendants. | CV 19–67–M–DLC <br><br> ORDER |

Before the Court are Plaintiffs' Motions to Appear *Pro Hac Vice* of Toby J. Marshall and Blythe H. Chandler (Docs. 8; 9). Plaintiffs state that Alex Rate will act as local counsel for both Marshall and Chandler. Defendants have not yet entered an appearance in this case so as to be heard on this issue. Regardless, leave to appear *pro hac vice* "is granted or denied solely at the discretion of the

-1-

presiding judge." L.R. 83.1(d)(4). The applications appear to be in order. Accordingly,

IT IS ORDERED that Plaintiffs' Motions (Docs. 8; 9) are GRANTED on the condition that Marshall and Chandler shall do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs, and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court. Marshall and Chandler shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Marshall and Chandler shall file separate pleadings acknowledging their admission under the terms set forth above within fifteen days of this Order. Should either fails to do so, this Order is subject to withdrawal as to non-compliant counsel.

DATED this 24th day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court