Matthew A. Baldassin
Jeffrey R. Kuchel
CROWLEY FLECK PLLP
P.O. Box 7099
Missoula, MT 59807-7099
Telephone: (406) 523-3600
Fax: (406) 523-3636
mbaldassin@crowleyfleck.com
jkuchel@crowleyfleck.com

*Attorneys for Defendants Allegheny Casualty Company, International Fidelity Insurance Company, First Call Bail and Surety, Inc., and Michael Ratzburg*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| EUGENE DESHANE MITCHELL; SHAYLEEN MEUCHELL, on their own behalf and as next friend of B.M., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST CALL BAIL AND SURETY, INC.; ALLEGHENY CASUALTY COMPANY; INTERNATIONAL FIDELITY INSURANCE COMPANY; THE MONTANA CIVIL ASSISTANCE GROUP; MICHAEL RATZBURG; VAN NESS BAKER, JR.; and JASON HAACK, <br><br> Defendants. | Cause No.: 9:19-cv-00067-DLC <br><br><br><br> **DEFENDANTS FIRST CALL BAIL & SURETY, INC.'S, ALLEGHENY CAS. INS. CO.'S, INT'L FIDELITY INS. CO.'S, AND RATZBURG'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

Defendants First Call Bail and Surety, Inc., Allegheny Casualty Company,

International Fidelity Insurance Company, and Michael Ratzburg move the Court

1

pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss certain of those counts in Plaintiffs' Complaint alleged against them for failure to state a claim upon which relief can be granted, specifically Counts 1, 2, 4, 5, 6, 7, and 10.

Pursuant to Local Rule 7.1(c), counsel for Plaintiffs have been contacted regarding this motion and Plaintiffs have indicated that they oppose the motion to dismiss.

This motion is supported by the memorandum filed contemporaneously herewith.

Dated this 30th day of May, 2019.

                                         CROWLEY FLECK PLLP

                                         By: /s/ *Matthew A. Baldassin*
                                                Matthew A. Baldassin
                                                Jeffrey R. Kuchel

                                         *Attorneys for Defendants Allegheny Casualty Co., International Fidelity Insurance Co., First Call Bail and Surety, Inc., and Michael Ratzburg*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served upon the following counsel of record by the means designated below this 30th day of May, 2019:

| | |
|---|---|
| [  ] U.S. Mail<br>[  ] Hand Delivery<br>[  ] Facsimile<br>[X] ECF<br>[  ] Email | Andrea R. Woods<br>American Civil Liberties Union Foundation,<br>Criminal Law Reform Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>awoods@aclu.org |
| [  ] U.S. Mail<br>[  ] Hand Delivery<br>[  ] Facsimile<br>[X] ECF<br>[  ] Email | Alex Rate<br>Elizabeth Ehret<br>American Civil Liberties Union of Montana<br>Foundation Inc.<br>P.O. Box 9138<br>Missoula, MT 59807<br>ratea@aclumontana.org<br>ehrete@aclumontana.org |
| [  ] U.S. Mail<br>[  ] Hand Delivery<br>[  ] Facsimile<br>[X] ECF<br>[  ] Email | Toby J. Marshall<br>Beth E. Terrell<br>Blythe H. Chandler<br>Terrell Marshall Law Group, PLLC<br>936 N. 34th Street, Suite 300<br>Seattle, WA 98103<br>tmarshall@terrellmarshall.com<br>bterrell@terrellmarshall.com<br>bchandler@terrellmarshal.com |
| [X] U.S. Mail<br>[  ] Hand Delivery<br>[  ] Facsimile<br>[  ] ECF<br>[  ] Email | Vanness Baker<br>310 Courtyard Circle, #3<br>Corvallis, MT 59828 |

| | |
|---|---|
| [X] U.S. Mail | Montana Civil Assistance Group |
| [ ] Hand Delivery | Attn: Vanness Baker |
| [ ] Facsimile | 310 Courtyard Circle, #3 |
| [ ] ECF | Corvallis, MT 59828 |
| [ ] Email | |

                                              /s/ Matthew A. Baldassin
                                              Matthew A. Baldassin