
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED

AUG 29 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

|  |  |
|---|---|
| EUGENE DESHANE MITCHELL, SHAYLEEN MEUCHELL, *on their own behalf and as next friend of* B.M., <br><br>Plaintiffs, <br><br>vs. <br><br>FIRST CALL BAIL AND SURETY, INC., ALLEGHENY CASUALTY COMPANY, INTERNATIONAL FIDELITY INSURANCE COMPANY, THE MONTANA CIVIL ASSISTANCE GROUP, MICHAEL RATZBURG, VAN NESS BAKER, JR., and JASON HAACK, <br><br>Defendants. | CV 19–67–M–DLC <br><br><br>ORDER |

Before the Court is the Defendants' Unopposed Motion to Stay Briefing on Plaintiffs' Motion for Summary Judgment. (Doc. 51).

IT IS ORDERED that the Motion (Doc. 51) is GRANTED. All briefing on Plaintiffs' Motion for Partial Summary Judgment is stayed until after this Court's ruling on Defendants' Motion to Strike (Doc. 47).

-1-

In the event that the Court enters an Order denying the Motion to Strike, Defendants' response to the Plaintiffs' motion for partial summary judgment shall be filed within 14 days of that Order.

Dated this 29th day of August, 2019.

Dana L. Christensen, Chief District Judge
United States District Court