# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

|  |  |
|---|---|
| EUGENE DESHANE MITCHELL, SHAYLEEN MEUCHELL, *on their own behalf and as next friend of* B.M., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST CALL BAIL AND SURETY, INC.; ALLEGHENY CASUALTY COMPANY; INTERNATIONAL FIDELITY INSURANCE COMPANY; THE MONTANA CIVIL ASSISTANCE GROUP; MICHAEL RATZBURG; VAN NESS BAKER; and JASON HAACK, <br><br> Defendants. | Case No. 9:19-cv-00067-DLC <br><br> **PARTIES' STATEMENT OF STIPULATED FACTS** |

1.    In January 2017, Eugene Mitchell was incarcerated.

2.    In January 2017, Mr. Mitchell and Shayleen Meuchell signed a Bail Bond Agreement (Agreement) with Defendant First Call Bail & Surety, Inc.

3.    Ms. Meuchell was an indemnitor on the Agreement.

4.    Exhibit A to the Complaint contains a correct copy of the Agreement.

5.    First Call Bail and Surety is a Montana corporation with its principal place of business at 400 W. Broadway, Suite 101-412, Missoula, MT 59802.

6.    Michael Ratzburg is the owner of First Call.

7.     Mr. Ratzburg resides in Missoula County, Montana.

8.     International Fidelity Insurance Company is a New Jersey corporation with its principal place of business in New Jersey.

9.     Allegheny Casualty Company is a New Jersey corporation with its principal place of business in New Jersey.

10.     AIA Holdings is a Delaware corporation with its principal place of business in California.

11.     This Court may exercise supplemental jurisdiction, in its discretion, under 28 U.S.C. § 1367.

12.     Venue is proper in this Court.

13.     In Montana, commercial bail practices are regulated through insurance codes.

Dated: November 14, 2019.          Respectfully submitted

TERRELL MARSHALL                              CROWLEY FLECK PLLP
  LAW GROUP, PLLC

By: /s/ Toby J. Marshall, *Pro Hac Vice*          By:   /s/ Matthew A. Baldassin
    Toby J. Marshall (lead counsel), *PHV*                Matthew A. Baldassin
    Blythe H. Chandler, *Pro Hac Vice*                    Jeffrey R. Kuchel
    936 North 34th Street, Suite 300                      P.O. Box 7099
    Seattle, Washington, 98103                            Missoula, Montana 59807-7099
    Telephone: (206) 816-6603                             Telephone: (406) 523-3600
    Email: tmarshall@terrellmarshall.com                  Facsimile: (406) 523-3636
    Email: bchandler@terrellmarshall.com                  Email: mbaldassin@crowleyfleck.com
                                                          Email: jkuchel@crowleyfleck.com

AMERICAN CIVIL LIBERTIES
  UNION OF MONTANA

By: /s/ Alex Rate _____
  Alex Rate
  P.O. Box 1968
  Missoula, Montana 59806
  Telephone: (406) 204-0287
  Email: ratea@aclumontana.org

  Andrea Rose Woods, *Pro Hac Vice*
  AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
  Criminal Law Reform Project
  125 Broad Street, 18th Floor
  New York, New York 10004
  Telephone: (212) 549-2528
  Email: awoods@aclu.org

  Bryan Charles Tipp
  Sarah M. Lockwood
  TIPP COBURN & ASSOCIATES, PC
  2200 Brooks Street
  P.O. Box 3778
  Missoula, Montana 59806-3778
  Telephone: (406) 549-5186
  Email: bryan@tcsattorneys.com
  Email: sarah@tcsattorneys.com
  Email: nicole@tcsattorneys.com

*Attorneys for Plaintiffs*

*Attorneys for Defendants Allegheny Casualty
Company, International Fidelity Insurance
Company, First Call Bail and Surety, Inc.,
and Michael Ratzburg*

<u>CERTIFICATE OF SERVICE</u>

I, Toby J. Marshall, hereby certify that on November 14, 2019, I

electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the following:

> Matthew A. Baldassin
> Jeffrey R. Kuchel
> CROWLEY FLECK PLLP
> P.O. Box 7099
> Missoula, Montana 59807-7099
> Telephone: (406) 523-3600
> Facsimile: (406) 523-3636
> Email: mbaldassin@crowleyfleck.com
> Email: jkuchel@crowleyfleck.com
>
> *Attorneys for Defendants Allegheny Casualty Company,*
> *International Fidelity Insurance Company, First Call Bail and*
> *Surety, Inc., and Michael Ratzburg*
>
> No appearances have been entered in this case on behalf of
> Defendants Baker, Haack, or MCAG.

Dated:  November 14, 2019.          TERRELL MARSHALL LAW
                                       GROUP PLLC

                                    By: <u>/s/ Toby J. Marshall</u>, *Pro hac Vice*
                                       Toby J. Marshall, *Admitted Pro Hac Vice*
                                       936 North 34th Street, Suite 300
                                       Seattle, Washington, 98103
                                       Telephone: (206) 816-6603
                                       Email: tmarshall@terrellmarshall.com

                                    *Attorneys for Plaintiffs*