IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EUGENE DESHANE MITCHELL, SHAYLEEN MEUCHELL, *on their own behalf and as next friend of* B.M., <br><br> Plaintiffs, <br><br> vs. <br><br> THE MONTANA CIVIL ASSISTANCE GROUP, MICHAEL RATZBURG, VAN NESS BAKER, JR., and JASON HAACK, <br><br> Defendants. | CV 19–67–M–DLC <br><br><br> ORDER |

Before the Court is Plaintiffs' Motion for Leave to File Document Under Seal Under L.R. 5.2. (Doc. 111.) Plaintiffs request permission to file the medical records of B.M., a minor, under seal to protect her confidentiality. (*Id.* at 1.) Finding good cause,

IT IS ORDERED that Plaintiffs' Motion (Doc. 111) is GRANTED. The medical records (Doc. 113) shall remain sealed.

1

DATED this 11th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court