IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| EUGENE DESHANE MITCHELL, SHAYLEEN MEUCHELL, *on their own behalf and as next friend of* B.M., | CV 19–67–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| THE MONTANA CIVIL ASSISTANCE GROUP, VAN NESS BAKER, JR., and JASON HAACK, | |
| Defendants. | |

Before the Court is Plaintiffs' Motion to Dismiss Claims Against the Montana Civil Assistance Group and Van Ness Baker.  (Doc. 125.)  Having reviewed the motion,

IT IS ORDERED that the Motion (Doc. 125) is GRANTED.  Defendants the Montana Civil Assistance Group and Van Ness Baker, Jr. are DISMISSED with prejudice.

DATED this 30th day of July, 2021.

Dana L. Christensen, District Judge
United States District Court