IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EUGENE DESHANE MITCHELL, SHAYLEEN MEUCHELL, *on their own behalf and as next friend of* B.M., <br><br> Plaintiffs, <br><br> vs. <br><br> THE MONTANA CIVIL ASSISTANCE GROUP, VAN NESS BAKER, JR., and JASON HAACK, <br><br> Defendants. | CV 19–67–M–DLC <br><br><br> ORDER |

Before the Court is Plaintiffs' Notice of Settlement and Motion to Stay Re: Jason Haack. (Doc. 124.) Plaintiffs inform the Court that they have reached a settlement agreement with Defendant Haack who will provide installment payments to Plaintiffs through December 2021. (*Id.* at 2.) Plaintiffs therefore ask the Court to stay all proceedings against Haack through January 2022, at which time it will move to dismiss the case—assuming the terms of their agreement are fully executed. (*Id.*) Accordingly,

IT IS ORDERED that the Motion (Doc. 124) is GRANTED. This matter is STAYED through January 2022. The trial set for August 30, 2021 is VACATED.

The Plaintiffs are instructed to file a motion to dismiss or request for a status conference no later than February 7, 2022.

DATED this 30th day of July, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court