IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EUGENE DESHANE MITCHELL, SHAYLEEN MEUCHELL, *on their own behalf and as next friend of* B.M., <br><br> Plaintiffs, <br><br> vs. <br><br> JASON HAACK, <br><br> Defendant. | CV 19–67–M–DLC <br><br><br> ORDER |

Before the Court is Plaintiffs' Motion to Dismiss Claims Against Jason Haack.  (Doc. 128.)  The motion states that Mr. Haack has complied with the obligations of his settlement agreement with Plaintiffs and requests dismissal with prejudice of all claims against him under Fed. R. Civ. P. 41(a)(2).  (*Id.* at 2–3.)  The motion further states that no other claims remain in this case.  (*Id.* at 3.)

Accordingly, IT IS ORDERED that the motion (Doc. 128) is GRANTED.  All claims against Defendant Jason Haack are DISMISSED with prejudice.  Because no further claims remain in this case, the Clerk is directed to close this case.

DATED this 3rd day of February, 2022.

*[signature]*

Dana L. Christensen, District Judge
United States District Court